Dear, Judge Kaplan

        Your Honor, First and for most I would like to apologize and say that I am sincerely sorry for the wrong that I've committed and accept full responsibility for my wrong doings. Second I would like to thank you for taking the time to read this letter. My name Is Rikelby Mella and I am due to get sentenced on February, 15 2012 under Your Magistrate. I understand that the government would prefer a jail sentence of 57 Months imprisonment but GOD willing it doesn't happen. Your Honor, I been on house arrest for about 11 months and two weeks and during my time on house arrest I can say it really opened up my eyes and made me realize so many things that were wrong with the life I was living.  If I could turn back the hands of time I would of been a successful man by this point In my life if I knew every thing i know now. Your Honor, I never really been the one to hang out with a lot of people, I always stuck to myself in reality and since being on house arrest I've had no choice but to be around people and the love and support that I've been getting from my family and new found friends makes me wonder about being free and working like them and going to school and getting an education. I yearn for that life, anything you set your mind to Is possible and I live by those words.

Right now I'm living with my mother (Glenys Candelario) and my little sister (Whenedys Ramos)  My Mom Is pretty much the soul provider In my house she gets SSI assistance and I sometimes chip In when my dad gives me a couple bucks. Being here In my house for A year and seeing what my mother has to go through It makes me despise myself because I know that this Is not the way we should be living given the way we were brought up. I would like nothing less than to be able to provide for my mother and my sister and be able to do It breaking my back earning an honest living, paying taxes, being a productive citizen and being able to do what ever positive idea that comes to mind. Something so small as going out to eat with my friends and going out on dates, take trips and just live life with no worries, even though my situation is bad at the moment' I always remind myself that there's always going to be a light at the end of the tunnel that will guide me to happiness and that is probably what I want more than anything You Honor is to be happy and care free and wake up every day and go to work and being productive being able to live the life a positive thinking 24 year old should be living.

I would like to again acknowledge that I am truly and deeply sorry for the crimes I've commited and been convicted of. Its like this uncomfortable feeling of remorse and guilt at the same time. Guilt because I did it not only to myself but to my family and peers that love me and care for me and the fact that while doing wrong knowing I was doing wrong I never stopped myself, and remorse because it was just the wrong thing to do and it still is and it will forever be it was nothing to be proud of and everything to be ashamed Of. Now that I've had the time to actually sit back and think of the way I was living i realized how much time I've wasted. Through out my teenage years I've held quite a few jobs many I am afraid to say were off the books but even so the jobs never stuck. Through out the time of the conspiracy which was allegedly from " 2005 till 2011" I would like to

point out that i really did not have a big role in the conspiracy and again i apologize before hand if i offend you in any way but i am going to be 100 percent honest.

There where times were i did participate in hand to hand contact with crack cocaine but never ever made it a hobby. Like I Said I'm Going To Best Honest And Again I Apologize If I Offend You Your Honor. My thing was to sell marijuana. Even thou i am perfectly clear that selling or participating in the distrubution of ANY TYPE of drugs is bad but that's really how i was making my living, selling five dollar bags and ten dollar bags and when i needed a couple extra bucks to take care of losses i would participate in the selling of crack cocaine. I would like to point out that despite the fact that i was selling weed i always tried to better myself still. On February 26 Of 2006 i went to my native country Dominican Republic till may 12 of 2006 by this time I was not selling any type of drugs. Some time in march of 2007 i was arrest for possession of a controlled substance which was subsequently crack cocaine and a bag of marijuana. When this happened on March 12 of that same year my mother send me to the Dominican Republic to try and start another life or at least to stay away from the one i was heading into. On May 3rd of the same year i came back from the Dominican Republic to show up for my court date for the arrest earlier in the year. There after i got an off the books job working with my aunt and uncle in there family own business. A business that consisted of selling phone cards, fixing cell phones, providing 5 booths with phones to make long distance calls to ones native country for a low rate, money orders and money transactions through Western Union. From there i work for my girlfriends family at their family owned restaurant where they served spanish food, breakfast, lunch and dinner. On June 20th 2008 i was again arrest for possession of a controlled substance and was sentenced to ten days in prison. I came out on June 28th and moved to Boston Massachusetts with my aunt from my dads side to try and start new but it didn't work out because of conflicts my aunt and her husband where having which made me uncomfortable so i came back to New York. Before coming back i was looking for jobs here in New York from Boston because i simply did not want to have to come back to the same thing so i stood in Boston until i found a job working security For Millennium Protective Services which was when i came back to New York but the job really did not last because of the lack of work sites available. From them up until the day of the indictment i was working on and off in a grocery store around the corner from my house while admittingly selling Marijuana.

Clearly I had the chance to make things right but some how some way would always find myself walking down the wrong path. As idiotic as it might might sound going down on this indictment has been the best thing to ever happen to me. Its like that wake up call that i always expected but never got. Going to therapy has also had a huge positive impact in my life mostly because i was skeptical about it at first but it really has shown me more self control. It has taught me to open up and realize that speaking on certain issues is a lot more helpful than keeping them bottled in. But most importantly it has shown me responsibility and how to be self confident to go after what i want in life no

matter how many times i get denied in the beginning eventually something gotta give so if i stay positive and motivated and most importantly determined its only a matter of time were happiness would eventually be an everyday thing in my life. Your Honor If i were to receive probation as my sentence let me be the first to say that it would truly be like a new lease on life. I would be able to go out and get a job, go to school, go to the gym and workout, take my family out to eat, provide for my mom and make her proud but most importantly to make myself proud. To be able to look in the mirror and in no way shape or form be embarrassed by my own image. Regardless of what happens to me on my sentencing date i would like to thank you and the United States Of America for a second chance.

Sincerely, *Rikelby Mello*

2/3/12

Hon. Lewis Kaplan

    I am writing in behalf of my cousin Rikelby Mella. Hopefully this letter can help. My name is Ricky Cano' a far relative of star second baseman for the New York yankees Robinson Cano'. Rikelby is one of the most lovable people I have ever been around. We grew up like brothers even though I live in Rhode Island. Out of all my cousins Rikelby and I are the closest in age. I don't know if he's mentioned anything to you about what I do for a living. I work at Rhode Island's best hospital Rhode Island Hospital as Unit Assistant. I work with doctors and nurses. I'm also a screen play writer and have written a number of scripts. Rikelby is also very creative. I have a movie that's being filmed as we speak called "Pain Love and Passion". And Rikelby is the single reason why I wrote that script. He sparked the idea and concept of the story. I just put on paper and wrote it.

    Rikelby and I have been discussing a lot of ideas for potential future projects. He has come up with a great story that has the potential to win film awards. I'm going to be meeting up with representatives of the television channels Bravo and VH1 about writing a reality show this Thursday and I feel that Rikelby can really help me out also with creating the perfect show for Bravo and VH1. He has the potemtial to do great things. I know he's committed mistakes in the past, but I promise you that if he doesn't go to jail, I'll make sure that he does good. I promise you that he'll deliver in being a good citizen. He'll be part of my production crew. I don't think he deserves to be in jail. I really don't. He deserves a 2nd chance.

    A 2nd chance is all he needs. When we were kids, we used to sit in front of my computer and make up short stories. With my connections and possible deals going through this Thursday, he may have the chance to really create stories that the whole world can see. Just in case you doubt my word just a little bit, you can go on my director's official website www.painlovepassion.com if you click under Director's info and scroll down to words from the writer, you can read my information and story. The whole website is about the story Rikelby told me to

write. All he needs is a 2nd chance.

Thank You

Sincerely Ricky Cano